■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MARABEL, Respondent.—Order, Supreme Court, New York County (Jerome Hornblass, J.), entered September 12, 1991, which granted defendant's CPL 330.30 motion to set aside the verdict and ordered a new trial, unanimously affirmed.

The trial court properly granted defendant's CPL 330.30 motion to set aside the verdict on the ground that its instructions to the jury regarding defendant's right not to testify implied that defendant's exercise of such right was a tactical maneuver and drew unnecessary attention to his silence by characterizing his decision not to testify as an "election" of his right to remain silent, and by otherwise substantially tracking the language condemned in *People v Wright* (174 AD2d 522) and *People v Garcia* (160 AD2d 354, *appeal dismissed* 76 NY2d 934; *see also, People v Anderson,* 168 AD2d 360, *lv denied* 78 NY2d 953). Concur—Murphy, P. J., Rosenberger, Ross and Kassal, JJ.